Eastern District of Kentucky
FILED

APR 1 3 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:26-cr-11 |
| | ) | |
| GOTEC PLUS SUN LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Gotec Plus Sun LLC by counsel, moves the Court for admission pro hac vice of

Aaron M. Danzig of the law firm of Arnall Golden Gregory LLP as counsel in this case.

1.      I am a member of good standing of the State Bar of Georgia. I am also a member

in good standing of the bars of the following courts:

- United States District Court Northern District of Georgia
- United States District Court Southern District of Georgia
- United States Court of Appeals for the Eleventh Circuit
- Georgia Supreme Court
- Georgia Court of Appeals

2.      I am not currently and have never been disbarred, suspended from practice, or

subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

3.      I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court

governing professional conduct.

4.      I am familiar with the procedures for mandatory electronic case filing through on-

line tutorials and through experience practicing in various federal courts.

AGG\4902-8825-7695.v2-4/8/26

This 9th day of April, 2026.

_____
Aaron M. Danzig
Georgia Bar No. 205151
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30365
(404) 873-8500
aaron.danzig@agg.com

*Counsel for Gotec Plus Sun LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2026, I caused the foregoing to be filed by having it delivered to the Clerk's Office via Federal Express and have sent a copy via email to the following:

Emily K. Greenfield, AUSA
U.S. Attorney's Office, EDKY
260 W. Vine Street, Suite 300
Lexington, KY 40507
emily.greenfield@usdoj.gov

Aaron M. Danzig
Georgia Bar No. 205151
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30365
(404) 873-8500
aaron.danzig@agg.com

*Counsel for Gotec Plus Sun LLC*